DIF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MERVIN LEGGETT, Individually and as Administrator
of the Estate of **RENEE E. DANTZLER**, deceased,

                   Plaintiff,

- against –

**THE CITY OF NEW YORK** and **POLICE OFFICERS JOHN DOES, 1, 2, & 3,** in their individual and official Capacities as Police Officers employed by the City of New York,

                   Defendants.

------------------------------------------------------------X

NOTICE OF VOLUNTARY DISMISSAL

05 CV 0161

       Plaintiff, Mervin Leggett, by his attorney, ANDREW F. PLASSE, P.C., hereby withdraws the above captioned action, pursuant to F.R.C.P. 41(a)(1), with prejudice, and without any costs, expenses or fees against the defendants.

DATED: January 30, 2006
         New York, New York

ANDREW F. PLASSE
Attorney for the Plaintiff
Office and P.O. Address
352 7th Avenue
New York, NY 10001
[212] 695-5811

BY: _____
ANDREW F. PLASSE [AP 3679]

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for the Defendants
Office and P.O,. Address
100 Church Street
New York, NY 10007
{212} 788-0971

BY: _____
ANNA NGUYEN (NG 4698)

SO ORDERED:

_____ 1/31/06
HON. ALLYNE R. ROSS, U.S.D.J.